

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

April 3, 1969

Honorable J. R. Singleton
Executive Director
Texas Parks and Wildlife
  Department
Austin, Texas 78701

Dear Mr. Singleton:

Opinion No. M-368

Re: Authority of Parks and
    Wildlife Department to
    price and sell remov-
    able sedimentary
    materials from waters
    of the State of Texas.

        Your request for our opinion, dated March 31, 1969,
sets out the following question:

> "Does the Parks and Wildlife Commis-
> sion have the authority under
> Article 4053d, R.C.S., to estab-
> lish a selling price, in the sense
> of the term commercial value as
> used in Article 4051, R.C.S., on
> the marl, sand or other sedimen-
> tary materials to be removed from
> Galveston Bay and used as fill
> material?"

        The Parks and Wildlife Department has received an
application from a dredging company for a permit to re-
move soil deposits from the bottom of Galveston Bay.
This material will be placed on shore and used as fill, to
build up privately-owned lands on Galveston Island. You
have another application for a permit to remove soil de-
posits from the bottom of Galveston Bay to be placed on
shore in a stockpile for sale as land fill to be used
on or adjacent to Galveston Island. You have determined
that this landfill material consists of marl, sand and shell;
that it is in great demand in this area; and that its use
as land fill materially increases the value of the land.
You have concluded that this material does have a commer-
cial value as that term is used in Article 4051, Vernon's
Civil Statutes.

- 1815 -

Article 4051 provides:

"All the islands, reefs, bars, lakes, and bays within the tidewater limits from the most interior point seaward co-extensive with the jurisdiction of this State, and such of the fresh water islands, lakes, rivers, creeks and bayous within the interior of this State as may not be embraced in any survey of private land, together with all the marl and sand of commercial value, and all the shells, mudshell or gravel of whatsoever kind that may be in or upon any island, reef or bar, and in or upon the bottoms of any lake, bay, shallow water, rivers, creeks and bayous and fish hatcheries and oyster beds within the jurisdiction and territory herein defined, are included within the provisions of this chapter, and are hereby placed under the management, control and protection of the Commissioner. None of the marl, gravel, shells, mudshells or sand included herein shall be purchased, taken away or disturbed, except as provided herein, nor shall any oyster beds or fish hatcheries within the territory included herein be disturbed except as herein provided. Acts 2nd C.S. 1919 p. 216."
(Emphasis added.)

In Attorney General Opinion M-84 (June 9, 1967), we advised you that The Parks and Wildlife Department has the authority and duty to manage, control and protect all the marl and sand of commercial value. You have indicated in your request that the soil deposits proposed to be removed and used as shore land fill are classified as marl and sand. The facts you set out do not indicate use of the materials under the provisions of Articles 4054, 4054a or 4054b, Vernon's Civil Statutes. The application should, therefore, be processed under Article 4053, Vernon's Civil Statutes.

Article 4053d, Vernon's Civil Statutes, provides, in part:

"The Game, Fish and Oyster Commission (now the Parks and Wildlife Department. Article 978f-3a, Vernon's Penal Code.) by and with the approval of the Governor, may sell the marl, gravel, sand, shell or mudshell included within this Act, upon such terms and conditions as he may deem proper, but for not less than four (4¢) cents per ton, and payment therefor shall be made to said Commissioner...."
(Emphasis added.)

Article 4052, Vernon's Civil Statutes, by virtue of Article 978f-3a, Vernon's Penal Code, vests in the Parks and Wildlife Department broad and full power, and discretion, over all matters pertaining to the sale of these materials.

Within the limits of your question, and the submitted facts we, therefore, answer your question in the affirmative.

## SUMMARY

The Parks and Wildlife Department has the authority, with consent of the Governor, to establish a selling price, in the sense of the term "commercial value" as used in Article 4051, Vernon's Civil Statutes, on marl, sand or other sedimentary materials to be removed from Galveston Bay and used as fill. This authority is authorized pursuant to Article 4053d, Vernon's Civil Statutes.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Hon. J. R. Singleton, page 4 (M-368)


Prepared by
Vince Taylor
Assistant Attorney General

APPROVED:

OPINION COMMITTEE

Kerns Taylor, Chairman
George Kelton, Vice-Chairman
Bill Allen
James S. Swearingen
Sally Phillips
Milton Richardson

W. V. GEPPERT
Staff Legal Assistant